UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date:    October 8, 2015

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: YVONNE DAVION

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 10-CR-851(CCC)-10

Title of Case: U.S.A. v. RAMIRO QUINTANS

Appearances:    Anthony Mahajan & Jacquelyn Kasulis, AUSAs, for the Government
Michael Robbins, for Defendant QUINTANS
Susan Smalley, U.S. Probation Officer

**Nature of Proceedings:**  Sentence

Conference held.
Sentence:    2 Years of Probation as to Count 3 (remaining Counts dismissed)
Special Assessment: $100.00 on Count 3 (due immediately)
Fine: $6,000 as to Count 3
Defendant advised of right to appeal.
Ordered Bail Continued

Time Commenced:  1:00 p.m.                    Time Adjourned:    1:30 p.m.

_Jacquie Lambiase_
Jacquie Lambiase, Deputy Clerk