PAUL J. FISHMAN
UNITED STATES ATTORNEY
EAMONN O'HAGAN
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NJ  07102
Tel. (973) 645-2874
Fax. (973) 645-3210
email: EAMONN.OHAGAN@usdoj.gov
EO1937

November 10, 2015

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. CLAIRE C. CECCHI** |
| *PLAINTIFF,* | : | *CRIMINAL No. 10-851* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **RAMIRO QUINTANS,** | : | Document filed electronically |
| *DEFENDANT*. | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record for any special assessment, fine and/or restitution only, as to defendant, Ramiro Quintans. This satisfaction of judgment does not satisfy any forfeiture judgment imposed in this case.

PAUL J. FISHMAN
UNITED STATES ATTORNEY

s/EAMONN O'HAGAN
By:   EAMONN O'HAGAN
ASSISTANT U.S. ATTORNEY